June 7, 2019

Chief Judge Johnston
U.S. District Court for the Southern District of West Virginia
P.O. Box 2546
Charleston, West Virginia 25329

Re: Petition for PACER fee exemption

Dear Chief Judge Johnston:

I am writing to request an educational fee exemption to access records on PACER related to the consolidated class action lawsuit, Good v. American Water Works Company, Inc., Civil Action No. 2:14-cv-01374.

As a doctoral student at West Virginia University's School of Public Health in the Department of Occupational and Environmental Health Sciences, I am conducting a research study on the public health effects of the 2014 Freedom Industries Elk River chemical leak for my dissertation. For the document analysis portion of this research, I am analyzing all publicly available documents related to this event that address my research topic including, but not limited to, governmental reports and legal documents such as those pertaining to the consolidated class action lawsuit noted above. The timeline by which I intend to have all of my documents collected and analyzed is September 30, 2019.

While I have not received any grants to conduct my research, I have budgeted $100 for the access and printing of the legal documents associated with this incident. However, a review of the docket for this case includes over 1,266 individual documents, and a docket report on this case alone already achieves 30 billable pages. The number of billable pages related to this case would make it untenable for me to analyze documents related to this case, which I believe will shed light on my research topic in ways not documented elsewhere.

According to the Electronic Public Access Fee Schedule section on Free Access and Exemptions (Discretionary Fee Exemptions subsection),

> "Courts may exempt certain persons or classes of persons from payment of the user access fee. Examples of individuals and groups that a court may consider exempting include...*individual researchers associated with educational institutions* [italics added]."

As per a May 21, 2019 email response from the PACER Service Center, I was directed to petition the court directly to request such a fee exemption. It was noted that, "The Chief Judge or Clerk of the Court must sign an order exempting you from PACER fees only in their court." I humbly request that you grant my petition for a fee exemption.

Please do not hesitate to let me know if I can provide you with any additional information necessary for your consideration.

Sincerely,

Maya Nye, PhD Candidate
WVU School of Public Health
Department of Occupational and Environmental Health Sciences

School Address:
P.O. Box 9190
Morgantown, WV 26506-9190

Mailing Address:
402 Sanford St., Apt. 2
Morgantown, WV 26501