# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## AT CHARLESTON

In Re: Application for Exemption from     Case Number: 2:19-mc-00133
the Electronic Public Access Fees by
Maya Nye

### General Order Regarding Temporary
### Exemption from Electronic Public Access Fees (PACER)

     This matter is before the Court upon the application and request by Maya Nye for exemption from the fees imposed by the Electronic Public Access fee schedule adopted by the Judicial Conference of the United States Courts.

     The Court finds that Maya Nye, an individual researcher associated with an educational institution, falls within the class of users listed in the fee schedule as being eligible for a fee exemption. Additionally, Ms. Nye has demonstrated that an exemption is necessary in order to avoid unreasonable burdens and to promote public access to information. Accordingly, Ms. Nye shall be exempt from the payment of fees for access via PACER to the electronic case files maintained in this court, to the extent such use is incurred in the course of performing student-led research relating to the consolidated class action lawsuit, *Good v. American Water Works Company, Inc.,* Civil Action No. 2:14-cv-1374. Ms. Nye shall not be exempt from the payment of fees incurred in connection with other uses of the PACER system in this court. Additionally, the following limitations apply:

    1.    this fee exemption applies only to Ms. Nye and is valid only for the purposes stated above;

    2.    this fee exemption applies only to the electronic case files of this court that are available through the PACER system;

3. by accepting this exemption, Ms. Nye agrees not to sell for profit any data obtained as a result of receiving this exemption;

4. Ms. Nye is prohibited from transferring any data obtained as a result of receiving this exemption, including redistribution via internet-based databases;

5. this exemption is valid until September 30, 2019.

This exemption may be revoked at the discretion of the Court at any time. A copy of this Order shall be sent to the PACER Service Center.

ENTER: June 18, 2019

_____
THOMAS E. JOHNSTON, CHIEF JUDGE